NUMBER 13-06-675-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 







ELAINE P. JOHNSON, Appellant,


v.



MBNA AMERICA BANK, N.A., Appellee.





On appeal from the 24th District Court 


of Victoria County, Texas.






MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides
Memorandum Opinion Per Curiam

 

 Appellant, Elaine Johnson, perfected an appeal from a judgment entered by the
24th District Court of Victoria County, Texas, in cause number 06-5-8991-CV. After
the record was filed and after the cause was referred to mediation, appellant filed a
motion to dismiss. In the motion, appellant states that the parties have reached an
agreement to settle and compromise their differences. Appellant requests that the
Court dismiss the appeal and that all parties pay their own costs associated with this
appeal. 

 The Court, having considered the documents on file and appellant's motion to
dismiss, is of the opinion that the motion should be granted. Appellant's motion to
dismiss is granted. The appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 24th day of May, 2007.